**UNITED STATES of America,
Plaintiff–Appellee.**

v.

**Jose Israel ECHEVESTE,
Defendant–Appellant.**

No. 14–10989
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Derek D. Brown, Law Office of Derek Brown, Fort Worth, TX, for Defendant–Appellant.

Jose Israel Echeveste, USP Lompoc, Lompoc, CA, pro se.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Israel Echeveste has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Echeveste has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.